# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

156906 (106)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

WILLIE EDDIE ANDERSON, II,
    Defendant-Appellant.

SC: 156906
COA: 331466
Jackson CC: 14-004531-FC

_____/

On order of the Court, the motion for reconsideration of this Court's June 5, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019

Clerk

b0923